UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO.:

IN RE:    MICHELLE K. KILPATRICK
          Debtor(s)

_____

__X__ Chapter 13 Plan   ____ Amended Chapter 13 Plan   ___ Modified Chapter 13 Plan

## MONTHLY PLAN PAYMENTS

| Payment Number by months | Amount of Monthly Plan payment |
|---|---|
| 1 – 36 | $604.93 |
| 37 – 60 | $577.15 |

**ATTORNEY FEES   TO D.C. HIGGINBOTHAM, ESQ.**

| Service | Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| Bankruptcy | $3,500 | $350 | 1 – 10 |
| Administrative Fee | $900 | $25 | 1 - 36 |

Mortgage Modification

Avoidance of Second Mortgage

**PRIORITY CLAIMS**
The fees and expenses of the Trustee shall be paid over the life of the Plan.

| Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|

## SECURED CLAIMS

| Secured Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| U.S. Bank Home Mtg. (13669 Chipperfield Ln. Jacksonville, FL) | $234,562 | $1,180 | pay outside plan |
| Santander Consumer USA (2009 Lincoln) | $24,434 | $169.44<br>$519.44<br>(incl. 5% int.) | 1 - 10<br>11 – 60 |

## SECURED ARREARAGES

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
|  |  |  |  |

## LIENS TO BE AVOIDED/STRIPPED

| Creditor | Property |
|---|---|
|  |  |

## PROPERTY TO BE SURRENDERED

| Creditor | Property |
|---|---|
| Flagship Credit Acceptance | 2008 Hyundai |

## VALUATION OF SECURITY

| Name of Creditor | Claim Amount | Value | Payment Amount | Payment Month Numbers |
|---|---|---|---|---|
| | | | | |

## LEASES/EXECUTORY CONTRACTS

| Creditor | Property | Assume/Reject | Arrears |
|---|---|---|---|
| | | | |

**UNSECURED CREDITORS** whose claims are allowed shall receive no distribution.

Property of the Estate revests in the Debtor(s) upon confirmation of the plan, or upon completion of all plan payments and the discharge of Debtor(s).

If the Plan proposes a modification of the mortgage, within 60 days of the filing of the mediator's report the Plan shall be modified to pay the claim as filed, or pay the modified mortgage payment, or surrender the property. If Debtor des not move to modify the Plan within the specified time, the creditor may seek relief from the automatic stay under the Local Rules procedure using negative notice.

DATED: 7/9/15

D. C. HIGGINBOTHAM, ESQUIRE

925 Forest Street
Jacksonville, FL 32204
Phone: (904) 354-6604
FAX:   (904) 354-6606
Florida Bar # 167121
Attorney for Debtor(s)